| | |
|---|---|
| From: | Ashish Maheshwari <mb.ashishmaheshwari@gmail.com> |
| Sent: | Tuesday, February 16, 2016 4:48 AM |
| To: | Maharaja Bhog ( Inorbit Mall ); Oberoi Mall; Maharaja Bhog ( U.S.A. ); Maharajabhog .; mb.kochi@maharajabhog.com; stores ( Oberoi ); Gulabsingh |
| Subject: | Menu |

Wednesday Menu

Farsan :- Palak Bharva roll
　　　　　Katha Dhokla mariwala
　　　　　Dal Bhati churma

Veg :- Panner Corn capsicum
　　　　Gawar Rajasthani
　　　　Aloo lasuniya
　　　　Shahi Gatta

Fulka, Saat Padi roti, jowari Rotla

Sweets :- Khajur Pak halwa
　　　　　Fruit Float

Batuva raita

----------------------

Thursday menu

Farsan :- Gold coin
　　　　　Ring dhokla
　　　　　Dal Pakwan tadka

Veg :- Panner veg korma
　　　　Sarso Ki Bhaji
　　　　Aloo Sambhariya
　　　　Bikaneri papad methi

Fulka, Makkai Rotla , Flower Panner Leela kanda paratha

Sweets :- Apple Basundi
　　　　　Chawli Dal halwa

Kakadi raita


Sent from my Samsung Galaxy smartphone.

| | |
|---|---|
| From: | Ashish Maheshwari <mb.ashishmaheshwari@gmail.com> |
| Sent: | Thursday, February 18, 2016 3:24 AM |
| To: | Maharaja Bhog ( Inorbit Mall ); Oberoi Mall; Maharaja Bhog ( U.S.A. ); Maharajabhog .; mb.kochi@maharajabhog.com; stores ( Oberoi ); Gulabsingh |
| Subject: | Friday - Sunday  menu |

Friday menu

Farsan :- Surti plaza
       Cabbage Patra
       Ragda Pattice  ( Only for dubai )

Veg :- Kathiyawadi Undiyoo
      Flower Achaari
      Aloo tomato rasawala
      Jaselmeri Channa Masala

Fulka, Masala Koba Roti , Tirangi puri

Dum Biryani, Khichidi

Sweets :- Gajjar Halwa
       Dudh Pak
       Kesari Jalebi

Beet raita

---------------------------

Saturday Menu

Farsan :- Maharaja Bhog ghughra
       Pav bhaji dhokla
       Stuff Dahiwada

Veg :- Palak corn Paneer
      Mix veg Bhurji ( receipe attached )
      Aloo patal bhaji
      Mong muthiya

Fulka,  Dudhi thepla,  Masala Puri

Kesari Pulav, Khichidi

Sweets :- Angoori Basundi
       Aldiya Pak Halwa
       Kala Jammun

Papaya Anar Marcha

---------------------------

Sunday Menu

Farsan :- Maharaja Bhog Katti Roll
　　　　　Mong Dal Panoli dhokla (shape of Kaju Katli ) served with khopra chutney

Veg :- Kathiyawadi Undiyoo
　　　　Bhindi Dahiwali  ( tadka of Lasun )
　　　　Aloo dil kush
　　　　Rajma Palak

Fulka , Peru thepla, Beet puri

Panner Bhurji Pulav, Khichidi

Sweets :- Mong Dal Halwa
　　　　　Kesari Shreekhand
　　　　　Rabdi malpuva

Dudhi raita


Sent from my Samsung Galaxy smartphone.

| | |
|---|---|
| From: | Ashish Maheshwari <mb.ashishmaheshwari@gmail.com> |
| Sent: | Sunday, February 21, 2016 3:07 AM |
| To: | Maharaja Bhog ( Inorbit Mall ); Oberoi Mall; Maharaja Bhog ( U.S.A. ); Maharajabhog .; mb.kochi@maharajabhog.com; stores ( Oberoi ); Gulabsingh |
| Subject: | Monday & Tuesday menu |

Monday menu

Farsan :- Punjabi Samoset
      Dudhi Muthiya
      Dal Dhokli

Veg :- Gulab Jammun ki Sabzi
    Leela Kanda thali peth pitla
    Aloo Sambhariya
    Clear stock

Fulka, nachi Rotla, Gajar thepla

Sweet :- Panner Kheer
      Chawli Dal halwa

Kakadi raita.

---------------------

Tuesday Menu

Farsan :- Parwal Chand Tara
      Pav bhaji dhokla
      Methi Gotta Chatt

Veg :- Panner Pasanda
    Ollo
    Aloo Capsicum
    Rajma Makkhan Masala

Fulka, Bajri Rotla, Methi Thepla

Sweet :- Kesari Rasmalai
      Dudhi Halwa

Green toss salad

Sent from my Samsung Galaxy smartphone.

| | |
|---|---|
| **From:** | Ashish Maheshwari <mb.ashishmaheshwari@gmail.com> |
| **Sent:** | Tuesday, February 23, 2016 8:47 AM |
| **To:** | Maharaja Bhog ( Inorbit Mall ); Maharaja Bhog ( U.S.A. ); Oberoi Mall; mb.kochi@maharajabhog.com; stores ( Oberoi ); Maharajabhog .; Gulabsingh |
| **Subject:** | Wednesday & Thursday Menu |

Wednesday Menu

Farsan :- Palak Bharva roll
      Corn Suji Dhokla ( new one receipe attached )
      Dal Bhati churma

Veg :- Mutter Panner
     Tindola Achari
     Aloo Pyaaz
     Shahi Gatta

Fulka, Makkai Rotla, Saat Padi

Sweets :- Fruit Float
      Apple halwa

Channa Chor Garam

------------------------

Thursday menu

Farsan :- Gold coin
      Dunlop Dhokla
      Sindhi Dal pakwan

Veg :- Panner Haryali
     Kaju Kanda Karela
     Dum Aloo
     Bikaneri papad methi nu shaak

Fulka , nachi Rotla, Dudhi thepla

Sweets :- Udad Dal halwa
      Kesari Shreekhand

Kakdi raita

Sent from my Samsung Galaxy smartphone.

| | |
|---|---|
| From: | Maharajabhog . <mb.usa@maharajabhog.com> |
| Sent: | Thursday, March 17, 2016 7:09 PM |
| To: | Minnie Tsai |
| Subject: | Fwd: Monday & Tuesday menu |

> ---------- Original Message ----------
> From: Ashish Maheshwari <mb.ashishmaheshwari@gmail.com>
> To: "Maharaja Bhog ( Inorbit Mall )" <mb.inorbit@maharajabhog.com>,
> "Maharaja Bhog ( U.S.A. )" <mb.usa@maharajabhog.com>, Oberoi Mall
> <mb.oberoi@maharajabhog.com>, "Maharajabhog ."
> <mb.dubai@maharajabhog.com>, mb.kochi@maharajabhog.com, "stores (
> Oberoi )" <store.oberoi@maharajabhog.com>
> Date: February 28, 2016 at 7:35 AM
> Subject: Monday & Tuesday menu
>
> Monday Menu
> Farsan :- Khapoli wada           Kulfi Dhokla
> Dal Dhokli Veg :- Panner Corn capsicum          Flower Achaari
> Aloo kanda rasawala          Clear stock Fulka, nachi Rotla, Cabbage
> Panner Paratha Sweets :- Kesari Dry fruit khiran          Udad
> Dal halwa Dudhi raita
> ----------------------
> Tuesday Menu
> Farsan :- Pakiza ( served with schzewan Sauce )           Palak
> Khandvi
>            Usal Misal
> Veg :- Panner Methi mutter Malai          Bhindi Do pyaaza
> Aloo Goanese          Mong muthiya Fulka, Jowar Rotla, Aloo paratha
> Sweet :- Eliachi shreekhand          Dudhi halwa Green toss
> salad
>
>
> Sent from my Samsung Galaxy smartphone.

1

| | |
|---|---|
| From: | Ashish Maheshwari <mb.ashishmaheshwari@gmail.com> |
| Sent: | Wednesday, March 2, 2016 1:46 AM |
| To: | Maharaja Bhog ( Inorbit Mall ); Maharaja Bhog ( U.S.A. ); Oberoi Mall; Maharajabhog .; mb.kochi@maharajabhog.com; stores ( Oberoi ) |
| Subject: | Thursday menu |

Thursday menu

Farsan :- Makkai Panner Marvel
      Patra vaghareala
      Dal pakwan tadka

Veg :- Panner achari
     Dudhi muthiya
     Dum Aloo
     Malai mogar Methi

Fulka, Bajri Rotla, gajjar Thepla

Sweet :- Fruit custard
      Chawli Dal halwa

Kakadi raita

Sent from my Samsung Galaxy smartphone.

1

| | |
|---|---|
| **From:** | Ashish Maheshwari <mb.ashishmaheshwari@gmail.com> |
| **Sent:** | Sunday, March 6, 2016 2:10 AM |
| **To:** | Maharaja Bhog ( Inorbit Mall ); Oberoi Mall; Maharajabhog .; mb.kochi@maharajabhog.com; Maharaja Bhog ( U.S.A. ); stores ( Oberoi ) |
| **Subject:** | Monday, Tuesday , Wednesday  menu |

UTSAV THALI - Maha shivratri

Monday

Farsan :- Farali Pattice
         Sabudana Khichdi
         Dal Dhokli

Veg :- Palak corn Panner
       Gawar Rajasthani
       Aloo Upwaswala rasa ( no gravy )
       Channa Masala

Fulka,  Rajgiri puri , Veg Paratha

Hyderabadi Biryani,  Khichdi

Sweets : Kesari shreekhand
         Mong dal Halwa
         Rabdi Jalebi

Raita :- Tomato phudina masala raita

Kakadi pickle

---------------------

Tuesday Menu

Farsan :- Kathol Samoset
          Corn Methi dhokla
          Rasgulla Chatt

Veg :- Gulab Jammun ki Sabzi
       Thali peth pitla
       Aloo Curry
       Ugela Mong Masala

Fulka, Jowari Rotla,  Dudhi thepla

Sweets :- Apple halwa
          Shahi Tukda

Kakadi vaghareala

Onion pickle

---------------'

Wednesday Menu

Farsan :- Nargis Kofta roll
        Khatha dhokla mariwala
        Rajasthani Dal batti churma

Veg :- Mutter Panner
     Bhindi do pyaaza
     Aloo Sambhariya
     Shahi Gatta

Fulka, Saat Padi roti, Makkai Rotla

Sweets : Kesari Rasmalai
       Kiwi Halwa

Batuva raita


Sent from my Samsung Galaxy smartphone.

| | |
|---|---|
| **From:** | Maheshwari Ashish Maheshwari <ashishmaheshwari200@hotmail.com> |
| **Sent:** | Wednesday, March 9, 2016 3:38 AM |
| **To:** | Maharaja Bhog ( Inorbit Mall ); Oberoi Mall; Maharaja Bhog ( U.S.A. ); Maharajabhog .; mb.kochi@maharajabhog.com; stores ( Oberoi ); Gulabsingh |
| **Subject:** | Thursday menu |

Farsan :- Cocktail Cutlet
      Cabbage Patra
      Sindhi Dal pakwan tadka

Veg :- Panner Methi mutter Malai
     Flower Achari
     Aloo kanda rasawala
     Clear stock

Fulka, nachi Rotla, Peru thepla

Sweets :- Gajjar Halwa
      Fruit Custard

Beet raita


Sent from my Samsung Galaxy smartphone.

1

| | |
|---|---|
| From: | Ashish Maheshwari <mb.ashishmaheshwari@gmail.com> |
| Sent: | Sunday, March 13, 2016 9:13 AM |
| To: | Maharaja Bhog ( Inorbit Mall ); Oberoi Mall; Maharaja Bhog ( U.S.A. ); Maharajabhog .; mb.kochi@maharajabhog.com; stores ( Oberoi ); Gulabsingh |
| Subject: | Menu |

Monday menu

Farsan :- Panner Methi Gotta
      S/w Dhokla
      Dal Dhokli

Veg :- Palak corn Paneer
      Bikaneri sev tomato muthiya nu shaak
      Aloo Sukha Bhaji  ( yellow colour )
      Ugela Mong mod wala

Fulka, Makkai Rotla, Aloo paratha

Sweet :- Eliachi shreekhand,  Dudhi halwa

Kakadi raita

----------------------------

Tuesday Menu

Farsan :- Bhujiya Chesse Roll
      Cabbage Patra
      Rasam Kachori

Veg :- Corn capsicum Panner
      Kaju kanda Karela
      Dum Aloo
      Palak Rajma

Fulka, Bajri Rotla, Methi Thepla

Sweets :- Gajjar Halwa
      Shahi Tukda

Green toss salad

----------------------

Wednesday Menu

Farsan :- Rajasthani mirchi wada
      Katha Dhokla mariwala
      Dal Bhati churma

1

Veg :- Mutter Panner
      Gawar Rajasthani
      Aloo Upwaswala rasa
      Shahi Gatta

Fulka, Saat Padi roti, jowari Rotla

Sweets :- Apple halwa
        Dry fruit khiran

Beet raita



Sent from my Samsung Galaxy smartphone.

| | |
|---|---|
| From: | Maharajabhog . <mb.usa@maharajabhog.com> |
| Sent: | Thursday, March 17, 2016 7:02 PM |
| To: | Minnie Tsai |
| Subject: | Fwd: Menu |

> ---------- Original Message ----------
> From: "Maharajabhog ." <mb.usa@maharajabhog.com>
> To: Btaparia770 <btaparia770@icloud.com>
> Date: March 16, 2016 at 4:57 PM
> Subject: Fwd: Menu
>
>
> > ---------- Original Message ----------
> > From: Ashish Maheshwari <mb.ashishmaheshwari@gmail.com>
> > To: "Maharaja Bhog ( Inorbit Mall )" <mb.inorbit@maharajabhog.com>,
> > Oberoi Mall <mb.oberoi@maharajabhog.com>, "Maharaja Bhog ( U.S.A. )"
> > <mb.usa@maharajabhog.com>, "Maharajabhog ."
> > <mb.dubai@maharajabhog.com>, mb.kochi@maharajabhog.com, "stores ( Oberoi )"
> > <store.oberoi@maharajabhog.com>
> > Date: March 16, 2016 at 5:36 AM
> > Subject: Menu
> >
> > Thursday menu
> > Farsan :- Bhujiya Chesse Roll      Pav bhaji dhokla
> >
> > Sindhi Dal pakwan tadka
> > Veg :- Tirangi Rasgulla ki Sabzi      Methi Leela kanda ghego
> >
> > Aloo curry       Pindi Chole
> > Fulka, Jowar Rotla, Dudhi thepla
> > Sweets :- Fruit custard       Chawli Dal halwa Batuva
> > raita
> > -------------------
> > Friday Menu
> > Farsan :- Palak Bharva roll      Vaghareala Dhokla Masala
> >
> >     Usal Misal
> > Veg :- Panner Pasanda      Ollo      Aloo rasawala
> >  Bikaneri papad methi nu shaak
> > Fulka, Bajri Rotla, mix veg paratha Sweets :- Malai s/w
> > Mohan thal halwa Corn capsicum salad
> > ---------------
> > Saturday Menu
> > Farsan :- Kathol Samoset       Rice Khichyoo
> > Stuff Dahiwada Veg :- Maharaja Bhog spl      Turiya Patra
> > Kathiyawadi       Aloo dil kush      Malai mogar Fulka,
> > Masala Puri,  Peru thepla Rama ram Gatta Pulav,  Khichidi Sweets :-
> > Gajjar Halwa       Angoori Basundi
> >  Kesari Jalebi
> > Papaya Anar Marcha
> > -------------------

1

> > Sunday Menu :-
> > Farsan :- Panner Liff afa  ( served with schzewan Sauce ) Kulfi
> > Dhokla  ( served with khopra chutney )         Dal Dhokli  (
> > Only for Dubai ) Veg :- Kathiyawadi Undiyoo          Bhindi
> > Dahiwali  ( Tadka of Lasun )
> >
> >     Aloo patal bhaji         Rajma Palak Fulka, Masala koba
> > roti, Corriender puri Beet vatana Pulav ( receipe attached )Khichdi
> > Sweets :- Aamarkhand          Mong Dal Halwa
> > Rabdi ghevar Kakadi raita
> >
> > Sent from my Samsung Galaxy smartphone.